# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| TERRY CONNOR JR., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00184-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| NORTH CAROLINA DEPARTMENT OF | ) | |
| PUBLIC SAFETY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 16, 2018 Order.

October 16, 2018

_____

Frank G. Johns, Clerk
United States District Court